

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-19-00548-CV

**SAN ANTONIO FEDERAL CREDIT UNION,**
Appellant

v.

Mario R. **CANTU,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21715
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Appellee's Unopposed Second Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to May 4, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court